# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | |
| **SHYHEIM LINDER** | : | **NO. 18-315-12** |

## ORDER

**AND NOW**, this 10th day of July, 2019, upon consideration of Defendant Shyheim Linder's Motion for Joinder in Co-defendants' Motions (Doc. No. 29), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge